226

(No. 73—CC—69)

JAMES B. CONLISK, JR., as Superintendent, Chicago Police Department, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF FINANCE, Respondent.

*Opinion filed March 22, 1973.*

RICHARD L. CURRY, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 73—CC—88)

INTOXIMETERS, INC., Claimant, *vs.* STATE OF ILLINOIS, ILLINOIS STATE POLICE, Respondent.

*Opinion filed March 22, 1973.*

INTOXIMETERS, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.